UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-23594-CIV-WILLIAMS

ACCESS 4 ALL INCORPORATED, *et al.*,

    Plaintiffs,

v.

THE 300 BUILDING CONDOMINIUM
ASSOCIATION, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("***the Report***") (DE 19) that the Court grant the Unopposed Motion to Set Aside the Clerk's Default ("***the Motion***") (DE 17), filed by Defendants The 300 Building Condominium Association, Inc., Faustino Perez, Belkys M. Caballero, Jose M. Negrin, Berta Negrin, Alex F. Negrin, Matilen Corp., and Abalex Barber Shop, LLC ("***Defendants***"). No objections have been filed to the Report.

On October 13, 2021, Plaintiffs Access 4 All Incorporated and Juan Carlos Gil ("***Plaintiffs***") initiated this action under the Americans with Disabilities Act against Defendants. (DE 1.) No Defendant filed a responsive pleading to Plaintiffs' Complaint on or before the applicable deadlines. Accordingly, on November 23, 2021, the Court entered a paperless order directing the Clerk of Court to enter default as to all Defendants. (DE 15.) After the Clerk entered default (DE 16), Defendants filed the instant Motion (DE 17), which the Court referred to Judge McAliley for a report and recommendation. (DE 18.) In the Motion, Defendants assert that they hired counsel Juan Antonio Sanchez "right before a response was due," and that he became ill and was unexpectedly hospitalized for several days. (DE 17 at 3.) Given these circumstances, Judge McAliley determined that Defendants' non-response to the Complaint before the applicable

deadlines was warranted and that setting aside the default would not prejudice Plaintiffs. (DE 19 at 4.) The Court agrees.

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 19) are **AFFIRMED AND ADOPTED**.
2. Defendants' Unopposed Motion to Set Aside the Clerk's Default (DE 17) is **GRANTED**.
3. The Clerk of Court's Entry of Default Judgment (DE 16) in this case is **VACATED**.
4. The Court will enter a separate order with further instructions to the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 7th day of February, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE